**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHARLES MICHAEL KEE,

                Plaintiff,　　　　　　　　　20 **CIVIL** 1840 (DLC)

      -against-　　　　　　　　　　　　　**JUDGMENT**

UNITED STATES OF AMERICA,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 9, 2020, the plaintiff's February 28, 2020 motion for return of property is denied as untimely; judgment is entered for the defendant and this action, is dismissed.

**Dated:**  New York, New York
         September 10, 2020

                                                   **RUBY J. KRAJICK**
                                                 _____
                                                    **Clerk of Court**
                                    **BY:**
                                                    **Deputy Clerk**